Jennifer Loda (CA Bar No. 284889)
Omonigho Oiyemhonlan, *law student* (student practice application approved)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**CENTER FOR BIOLOGICAL DIVERSITY, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and CASCADIA WILDLANDS,**

Plaintiffs,

v.

**DAVID BERNHARDT**, in his official capacity as Secretary of the United States Department of Interior,

and

**UNITED STATES FISH AND WILDLIFE SERVICE,**

Defendants.

Case No. 3:19-cv-03813-LB

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and CASCADIA WILDLANDS, by and through their undersigned counsel, respectfully file this notice of voluntary dismissal to all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissal shall be without prejudice. Plaintiffs state that defendants have not filed an answer or motion to dismiss this action.

Dated: August 22, 2019

*/s/ Jennifer Loda*
Jennifer Loda (CA Bar No. 284889)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Omonigho Oiyemhonlan, *law student* (student appearing under court-approved supervision)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7136
Fax: (510) 844-7150
ooiyemhonlan@biologicaldiversity.org

*Attorneys for Plaintiffs*